IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

PNC Bank, National Association, successor in interest via merger to National City Bank, successor in interest via merger to Mid America Bank, FSB,

Plaintiff,

v.

Carmar D. Wooten-Burroughs Trustee of Trust Agreement dated January 1, 1991, and known as The Carmar D. Wooten-Burroughs Trust No. 1; Carmar D. Wooten-Burroughs; City of Chicago,

Defendants.

Case No. 12 cv 433

Assigned Judge: Matthew F. Kennelly

Magistrate Judge: Sidney I. Schenkier

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, National Association, successor in interest via merger to National City Bank, successor in interest via merger to Mid America Bank, FSB, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

1. City of Chicago

and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion attached hereto as Exhibit "A", and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

                                      PNC Bank, National Association, successor in interest via merger to National City Bank, successor in interest via merger to Mid America Bank, FSB

                                      By: __/s/ Francis J. Pendergast, III_____
                                            One of Its Attorneys

Patrick D. Lamb (ARDC #3128062)
Francis J. Pendergast, III (ARDC#3127593)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
fpendergast@crowleylamb.com